IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EARNEST LEE WALKER, JR., #255719, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>EUGENE REESE, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:09-cv-788-ID<br>[WO] |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #4) of the Magistrate Judge is ADOPTED. It is further

ORDERED that this case is DISMISSED without prejudice due to Plaintiff's failure to pay the full filing fee upon the initiation of this case.

A separate judgment shall be entered.

Done this 28th day of September, 2009.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE